McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :      SEALED
                                          INDICTMENT
          - v. -                   :
                                          07 Cr. ___
LAURIE HARRIS,
                                   :
          Defendant.                      **07 CRIM.   292**

- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

From in or about February 1996, through in or about October 2006, in the Southern District of New York and elsewhere, LAURIE HARRIS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, HARRIS received approximately $49,434.00 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LAURIE HARRIS,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Grace Lamanckia-Paris*
Foreperson.

April 12, 2007 / S

Indictment filed. A/w issued
Ordered filed under seal

Freeman, USMJ