

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 12, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07
```

**By Facsimile**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 640
New York, New York 10007

    Re:    <u>United States</u> v. <u>Laurie Harris</u>
           07 Cr. 292 (CM)

Dear Judge McMahon:

    I write on behalf of the Government in the above-referenced case, to respectfully confirm that the next pretrial conference has been scheduled for November 6, 2007, at 9:30 a.m. I further respectfully request that the Court exclude time until November 6, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), to permit the parties to continue ongoing discussions about a possible disposition of this case. The ends of justice served by such an exclusion of time outweigh the best interest of the public and the defendant in a speedy trial. Defense counsel consents to this exclusion of time.

    I appreciate Your Honor's consideration of this matter.

                                              Respectfully submitted,

                                              MICHAEL J. GARCIA
                                              United States Attorney

                                By: _____
                                   John P. Cronan
                                   Assistant United States Attorney
                                   Tel.: (212) 637-2779
                                   Fax: (212) 637-2937

cc:    Daniel Meyers, Esq.
       *By facsimile*