UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    MISDEMEANOR
                                       INFORMATION
        v.                        :
                                       S1 07 Cr. 292 (CM)
LAURIE HARRIS,                    :

                Defendant.        :

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

From in or about February 1996, through in or about October 2006, in the Southern District of New York and elsewhere, LAURIE HARRIS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use, money and things of value of the United States and a department and agency thereof, the value of which did not exceed $1,000, to wit, HARRIS knowingly converted to her own use money from the United States Department of Housing and Urban Development, to which she was not entitled.

(Title 18, United States Code, Sections 641 and 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney